UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CORPIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY, a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:20−cv−02363 DOC (JDEx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [27]**<br><br><br>Courtroom: 9D<br>Judge:   Hon. David O. Carter |

### ORDER

The Joint Stipulation for Dismissal is approved.  The entire action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

DATED: _December 5, 2022          _/s/ David O. Carter_____
                                                              Hon. David O. Carter
                                                              United States District Judge